IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KAREN DAVIS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 2:11-cv-00006-WCO |
| VIKING COLLECTION SERVICE, INC., | : |
| a Minnesota corporation, | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted,

by:  / s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue ● Suite 204
Decatur, GA 30030
(404) 373-1970 ● fax: (404) 601-1855

- 1 -